UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. MJ 11-294
    Plaintiff, )
)
    v. )
) DETENTION ORDER
ALICIA KATHLEEN CRUZ, )
)
    Defendant. )
                                           )

<u>Offense charged</u>:    Escape

<u>Date of Detention Hearing</u>:    June 24, 2011.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant is charged with escape from the custody of Pioneer Fellowship

DETENTION ORDER
PAGE -1

House on May 27, 2011, where she had been transferred to serve the final portion of her term of imprisonment for the felony crimes of Felon in Possession of a Firearm, Bank Fraud, Social Security Fraud and Aggravated Identity Theft.

2. Defendant was not interviewed by Pretrial Services. She does not oppose detention.

3. Defendant poses a risk of nonappearance due to lack of verified background information, and the nature of the current allegations. She poses a risk of danger due to criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

01 for the defendant, to the United States Marshal, and to the United State Pretrial Services

02 Officer.

03 DATED this 24th day of June, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3